### G. R. COLEMAN et al. v. STATE.
### No. 13275.

Court of Criminal Appeals of Texas.

May 7, 1930.

Scarborough, Ely & King, of Abilene, for defendant Crume.

Frank E. Smith, Co. Atty., of Abilene, and A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

This is an appeal from a final judgment on a forfeited bail bond.

This is a companion case to cause No. 13274, G. R. Coleman et al. v. State, 28 S.W.(2d) 144, opinion this day handed down. The two cases are exactly alike upon their facts, and in our opinion should be disposed of in the same way. Upon the reasoning and authorities cited in said cause No. 13274, the judgment herein will be reversed, and the cause remanded.